2025 JAN -3 A 8:49

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**FELONY**

### BILL OF INFORMATION FOR KIDNAPPING RESULTING IN DEATH AND TRANSPORTATION OF MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITIY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. **25-0001** |
| v. | * | SECTION: **SECT. I MAG. 4** |
| **DANIEL WAYNE CALLIHAN** | * | VIOLATIONS: 18 U.S.C. § 1201(a)(1) |
| | | 18 U.S.C. § 2423(a) |

The United States Attorney charges that:

### COUNT 1
### (Kidnapping Resulting in Death)

On or about June 13, 2024, in the Eastern District of Louisiana, and elsewhere, the defendant, **DANIEL WAYNE CALLIHAN**, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away Minor Victim 1, who was four years old at the time of the offense, and Minor Victim 2, who was six years old at the time of the offense, from Loranger, Louisiana, which resulted in the deaths of Minor Victim 1 and Adult Victim 1, and, in committing and in

furtherance of the commission of the offense, did willfully transport Minor Victim 1 and Minor Victim 2 in interstate commerce from the State of Louisiana to the State of Mississippi, and used a means, facility, and instrumentality of interstate or foreign commerce, namely a 2012 Chrysler 200 bearing Louisiana license plate number 859GML, in violation of Title 18, United States Code, Sections 1201(a)(1).

## COUNT 2
### (Transportation of Minor With Intent to Engage in Criminal Sexual Activity)

Beginning on or about June 13, 2024, and continuing until on or about June 14, 2024, in the Eastern District of Louisiana, and elsewhere, the defendant, **DANIEL WAYNE CALLIHAN**, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, namely transporting Minor Victim 2 from the State of Louisiana to the State of Mississippi, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely violations of criminal laws of the State of Louisiana, including La. Rev. Stat. 14.81 and La Rev. Stat. 43.1, and the State of Mississippi, including Miss. Code § 97-3-95 and Miss. Code § 97-5-23.

All in violation of Title 18, United States Code, Section 2423(a).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 and 2 of this Bill of Information are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **DANIEL WAYNE CALLIHAN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property, constituting or

derived from, any proceeds the defendant obtained, directly or indirectly as a result of the said offense.

3.   As a result of the offense alleged in Count 2, the defendant, **DANIEL WAYNE CALLIHAN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) any and all property, constituting or derived from, any proceeds the defendant obtained, directly or indirectly as a result of the said offense; and pursuant to Title 18, United States Code, Section 2428(a)(1), any and all property, used or intended to be used, in any manner or part, to commit and to facilitate the commission of the offense.

4.   If any of the above-described property, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Jordan Ginsberg*
JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

*/s/ Sarah Dawkins*
SARAH DAWKINS
Assistant United States Attorney
Louisiana Bar No. 34509

New Orleans, Louisiana
January 3, 2025

4

No. _____

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

DANIEL WAYNE CALLIHAN

**BILL OF INFORMATION FOR KIDNAPPING RESULTING IN DEATH AND TRANSPORTATION OF MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY**

Violation(s):   18 U.S.C. § 1201(a)(1)
                18 U.S.C. § 2423(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

_____
Assistant United States Attorney
JORDAN GINSBERG