UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-001** |
| **v.** | * | **SECTION: "I"** |
| **DANIEL WAYNE CALLIHAN** | * | |
| | * | |

\* \* \*

### ORDER

Having considered the Unopposed Motion and Incorporated Memorandum to Continue Pretrial Conference and Trial, and the reasons stated herein; the motion is **GRANTED**.

The Court specifically finds, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), that the failure to grant the requested continuance would deny counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice;

**IT IS HEREBY ORDERED** that the pretrial conference and trial in in the above-captioned matter, scheduled for February 12, 2025, and March 10, 2025, be and are hereby continued. The pretrial conference is reset for the _____ day of _____, 2025, at _____ a.m./p.m. The trial is reset for the _____ day of _____, 2025, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2025.

                                                                                     _____
                                                                                     HONORABLE LANCE M. AFRICK
                                                                                     UNITED STATES DISTRICT JUDGE